UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JAMES LETT,

        Plaintiff,

v.                            Case No. 6:17-cv-763-Orl-37TBS

CREDIT ONE BANK, NATIONAL
ASSOCIATION,

        Defendant.

## ORDER

This cause is before the Court on the parties' Joint Stipulation Staying and Referring Case to Arbitration (Doc. 21). Upon consideration, it is hereby **ORDERED and ADJUDGED** that:

(1) The parties are **DIRECTED** to arbitrate the claims asserted by Plaintiff in this action (Doc. 1).

(2) Defendant, Credit One Bank, N.A.'s Motion to Dismiss and Compel Arbitration and Incorporated Memorandum of Law (Doc. 20) is **DENIED AS MOOT**.

(3) The Clerk of the Court is directed to **ADMINISTRATIVELY CLOSE** this action pending further Order of the Court.

(4) On or before **September 29, 2017**, the parties are **DIRECTED** to jointly file a notice with this Court concerning the status of the arbitration. The parties are further **DIRECTED** to jointly file additional notices with the Court

every 90 days until this action is reopened.

(5) The parties are further **DIRECTED** to immediately notify the Court upon conclusion of the arbitration proceedings.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on August 21, 2017.



ROY B. DALTON JR.
United States District Judge

Copies to:

Counsel of Record